IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION

| | |
|---|---|
| JAMES MARTIN, § § §<br>  *Plaintiff,* § §<br>v. § §<br> § §<br>FIRST FEDERAL CREDIT CONTROL, § §<br>INC. § §<br>  *Defendant.* §<br>_____/ | Case No. 2020-016852-SP-13 |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant FIRST FEDERAL CREDIT CONTROL, INC. ("Defendant") and files this Notice of Removal, and will show onto this Court as follows:

**I.**

Please take notice that on December 21, 2020 Defendant filed a Notice of Removal pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Southern District of Florida. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

Please take further notice that upon filing the Notice of Removal with the Clerk of the United States District Court for Southern District of Florida and filing copies thereof with this Court, the Defendant has effected the removal of this case. Therefore, this Court shall proceed no further in this action unless and until this case is remanded pursuant to 28 U.S.S. § 1446(d).

Respectfully Submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.

                                                  Florida Bar No.: 0026555
                                                  /s/ Joseph C. Proulx
                                                  JOSEPH C. PROULX
                                                  Florida Bar No.: 0056830
                                                  **GOLDEN SCAZ GAGAIN, PLLC**
                                                  201 North Armenia Avenue
                                                  Tampa, Florida 33609-2303
                                                  Phone: (813) 251-5500
                                                  Fax: (813) 251-3675
                                                  dgolden@gsgfirm.com
                                                  cmchale@gsgfirm.com
                                                  jproulx@gsgfirm.com
                                                  *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by email on this 21st day of December, 2020 to all parties registered to receive electronic notice in this proceeding.

                                                  /s/ Joseph C. Proulx
                                                  JOSEPH C. PROULX
                                                  Florida Bar No.: 0056830

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JAMES MARTIN,  *Plaintiff,*  v.  FIRST FEDERAL CREDIT CONTROL, INC.,  *Defendant.* | §§§§§§§§§§ Case No. |

_____/
_____

## IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA
## CIVIL DIVISION

| | |
|---|---|
| JAMES MARTIN,  *Plaintiff,*  v.  FIRST FEDERAL CREDIT CONTROL, INC.  *Defendant.* | §§§§§§§§§§§ Case No. 2020-016852-SP-13 |

_____/

### DEFENDANT'S NOTICE AND PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

COMES NOW, Defendant and Petitioner for removal, FIRST FEDERAL CREDIT CONTROL, INC. and with reservation of all rights, hereby removes from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the proceeding entitled and captioned: ***James Martin v. First Federal Credit Control, Inc.***, Case No. 2020-016852-SP-13 on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

EXHIBIT A

1. Defendant/Petitioner, has been named as Defendant in a civil action brought against them in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the proceeding entitled and captioned: ***James Martin v. First Federal Credit Control, Inc.***, Case No. 2020-016852-SP-13, a copy of the Complaint served in that action, in addition to all process and pleading served upon Defendant/Petitioner, is attached hereto as Exhibit "A".

2. The aforesaid action was commended by service of process consisting of the Summons and Complaint, upon Defendant, on November 23, 2020.

3. The controversy herein between the Plaintiff and Defendant, is a controversy *inter alia* based upon consumer protection rights created by and enforced through a federal statute, Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

6. A copy of this Notice of Removal has been sent to Plaintiff's counsel and will be filed with the clerk of the County Court in and For Miami-Dade County, Florida.

WHEREFORE, Defendant, respectfully requests that the above entitled action be removed from the Eleventh Judicial Circuit In and For Miami-Dade County, Florida, to the United States District for the Southern District of Florida for all further proceedings.

Respectfully Submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
/s/ Joseph C. Proulx
JOSEPH C. PROULX
Florida Bar No.: 0056830
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
jproulx@gsgfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21st, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Joseph C. Proulx
JOSEPH C. PROULX
Florida Bar No.: 0056830